Alon MONIGAN, Movant/Appellant,

v.

STATE of Missouri, Respondent/Respondent.

ED 103821

Missouri Court of Appeals, Eastern District, DIVISION TWO.

Filed: February 21, 2017

---

1.  All rule references are to Mo. R. Crim. P. 2015, unless otherwise indicated.

Jessica Hathaway, St. Louis, MO, for Movant/Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent/Respondent.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

#### ORDER

PER CURIAM.

Alon Monigan appeals from the motion court's judgment denying his Rule 29.15[1] motion for post-conviction relief after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the findings and conclusions of the motion court are not clearly erroneous. Rule 29.15(k); Burston v. State, 343 S.W.3d 691, 693 (Mo.App. E.D. 2011). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).